ALB:CNR
F. #2017R001422

FILED
U.S. ...
★ AUG 16 2017
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DANIEL O'NEIL and
FRANKIE MORANO,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**INDICTMENT**

Cr. No. **CR-17 0444**
(T. 21, U.S.C., §§ 841(b)(1)(C), 846,
853(a) and 853(p); T. 18, U.S.C., §§
3551 et seq.)

**WEXLER, J.**

**SHIELDS, M.J.**

THE GRAND JURY CHARGES:

<u>CONSPIRACY TO DISTRIBUTE FENTANYL</u>

1. On or about and between May 2017 and July 19, 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DANIEL O'NEIL and FRANKIE MORANO, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a substance containing fentanyl, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

<u>CRIMINAL FORFEITURE ALLEGATION</u>

2. The United States hereby gives notice to the defendants that, upon their conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of

such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3. If, by any act or omission of the defendants, any of the above-described property, or any portion thereof:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred, or sold to or deposited with a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of such defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2017R01422

FORM DBD-34

JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*DANIEL O'NEIL and FRANKIE MORANO,*

Defendant.

# INDICTMENT

( T. 21, U.S.C., §§ 841(b)(1)(C), 846, 853(a) and 853(p); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Charles N. Rose, Assistant U.S. Attorney (631) 715-7844*