UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

United States of America

-against-

Frankie Morano

------------------------------X

**ORDER**

17-CR-0444 (LDW)(AYS)

The above-named defendant pleaded **GUILTY** before United States Magistrate Judge Anne Y. Shields on 12/27/2017. Upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

Having reviewed the plea minutes, the Court finds that the defendant's guilty plea was entered voluntarily and intelligently, and that he fully understands his rights and the consequences of his plea, and that there is a factual basis for the plea.

Therefore, it is hereby ordered that the defendant's guilty plea is accepted.

SO ORDERED:

Leonard D. Wexler
Senior U.S.D.J.

Dated: 1/31/2018
Central Islip, New York